Polk *v.* Polk, Appellant.

Argued November 15, 1973. *Jay L. Fingeret,* for appellant; *Thomas Rippon,* with him *Reed, Smith, Shaw and McClay,* for appellee.

OPINION PER CURIAM: In this appeal from an order in a custody case record is remanded for a further hearing.

Record remanded for further hearing.

SPAULDING, J., absent.

Rebholz et vir, Appellants, *v.* Daugherty et al.

Argued April 10, 1973. *Samuel J. Pasquarelli,* with him *Frank P. G. Intrieri,* for appellant; *C. S. Fossee,* for appellee.

Judgment affirmed.

Remsco Associates, Inc., Appellant, *v.* Beaver Falls Municipal Authority.

Submitted November 16, 1973. *Rex Downie, Jr.,* for appellant; *Edward S. Young,* and *Ray & Ray,* for appellee.

Order affirmed.

SPAULDING, J., absent.